1  Benjamin Heikali (SBN 307466)
   Email: bheikali@faruqilaw.com
2  **FARUQI & FARUQI, LLP**
   10866 Wilshire Blvd., Suite 1470
3  Los Angeles, CA  90024
   Tel: (424) 256-2884
4  Fax: (424) 256-2885

5  *Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE COPP, on behalf of herself and all others similarly situated, | Case No.: 3:18-cv-03109-RS |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| ARMO BIOSCIENCES, INC., PETER VAN VLASSELAER, PH.D., XIANGMIN CUI, PH.D., CARL GORDON, PH.D., PIERRE LEGAULT, NAIYER RIZVI, M.D., BETH SEIDENBERG, M.D., and STELLA XU, PH.D., | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Joanne Copp ("Plaintiff"), by counsel, hereby gives notice that she is dismissing all claims in the above-captioned matter (the "Action"), with prejudice as to herself and without prejudice as to claims on behalf of the putative class in the Action.  Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.  This Court shall retain continuing jurisdiction for purposes of entertaining a mootness fee application, if any, which shall be filed under this cause number.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | FARUQI & FARUQI, LLP |
| Dated: June 14, 2018 | *s/ Benjamin Heikali* |
|   | Benjamin Heikali, Bar. No. 307466 |
|   | 10866 Wilshire Blvd., Suite 1470 |
|   | Los Angeles, CA  90024 |
|   | Tel: (424) 256-2884 |
|   | Fax: (424) 256-2885 |
|   | E-Mail:  bheikali@faruqilaw.com |
|   |   |
|   | OF COUNSEL: |
|   | James M. Wilson, Jr. |
|   | 685 Third Avenue |
|   | New York, NY  10017 |
|   | Tel: (212) 983-9330 |
|   | Fax: (212) 983-9331 |
|   | E-Mail:  jwilson@faruqilaw.com |
|   | *Counsel for Plaintiff* |